UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALEKSANDR SHAMBASOV,

          Plaintiff,

    v.

ALEJANDRO N. MAYORKAS,
Secretary of DHS, et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 24cv1463 L BJW

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS

[Doc. No. 5]

Pending before the Court is Defendants' motion to dismiss this action as moot. (ECF No. 10.) Plaintiff filed a petition for a writ of mandamus to compel Defendants to adjudicate his pending Form I-589 asylum application. (ECF No. 1.) Defendants contend that this action should be dismissed as moot because Plaintiff's asylum application has been approved. (*See* ECF No. 10-1.) Plaintiff has not filed an opposition to Defendants' motion, and the time to oppose has elapsed. *See* Civ. Local R. 7.1(e)(2). Accordingly, Defendants' motion is granted as unopposed. *See* Civ. Loc. Rule 7.1(f)(3)(c); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). Alternatively, the motion is granted for lack of subject matter jurisdiction because the case has become moot. *See City of Erie v. Pap's A.M.,* 529 U.S. 277, 287 (2000) ("A case is moot when the issues presented are no longer 'live[.]'"); *SEC v. Med. Comm.*

*for Human Right*s, 404 U.S. 403, 407 (1972) (federal courts lack jurisdiction over moot cases).

**IT IS SO ORDERED.**

Dated:  May 26, 2026

Hon. M. James Lorenz
United States District Judge